IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                             CASE NO.: 1:07cr40-SPM/AK

WILLIE JAMES MCCULLUM,

    Defendant.
_____/

## ORDER CONTINUING SENTENCING HEARING

Upon consideration, Defendant's unopposed motion to continue his sentencing hearing (doc. 41) is granted. The sentencing hearing is reset for 1:30 p.m. on August 4, 2008, at the United States Courthouse in Gainesville, Florida.

SO ORDERED this 7th day of July, 2008.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge