IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                             CASE NO.: 1:07cr40-SPM/AK

WILLIE JAMES MCCULLUM,

    Defendant.
_____/

## ORDER CONTINUING SENTENCING

Upon consideration, Defendant's Unopposed Motion to Continue Sentencing (doc.497) is granted. The sentencing hearing is reset for 1:30 p.m. on December 8, 2008, at the United States Courthouse in Gainesville, Florida.

SO ORDERED this 3rd day of November, 2008.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge