IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO.: 1:07cr40-SPM/AK

WILLIE JAMES MCCULLUM,

     Defendant.
_____/

## ORDER CONTINUING SENTENCING

Upon consideration, the Government's Motion to Continue Sentencing (doc. 53) is granted. The sentencing hearing is reset for 1:30 p.m. on February 2, 2009, at the United States Courthouse in Gainesville, Florida.

SO ORDERED this 5th day of January, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge